| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:22CR00110-15 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00202-JAD-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Daniel Lee Warren | DISTRICT Eastern District of Texas | DIVISION Sherman Division |
|---|---|---|
| ✓ FILED    ___ RECEIVED <br> ___ ENTERED    ___ SERVED ON <br> JULY 08 2025 <br> CLERK, U.S. DISTRICT COURT <br> DISTRICT OF NEVADA <br> BY: AMMi DEPUTY | NAME OF SENTENCING JUDGE <br> The Honorable Jeremy D Kernodle <br> U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM October 24, 2024    TO October 23, 2029 |

OFFENSE

18 U.S.C. § 1349, 18 U.S.C. § 1343 – Conspiracy to Commit Wire Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Warren has a stable residence in the District of Nevada, and he does not intend on returning to the Eastern District of Texas. It is respectfully recommended jurisdiction be transferred to the District of Nevada so that any issues that arise may be handled locally.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 7, 2025 | _[signature]_ |
|---|---|
| Date | U.S. District Judge Jeremy D. Kernodle |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7/9/2025 | _[signature]_ |
|---|---|
| Effective Date | United States District Judge |